UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
DEC 19 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

Criminal No. 19-20836

Hon. Mark A. Goldsmith

D-2 SHADY AWAD,

    Defendant.

---

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

---

I, SHADY AWAD, Defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**As to Count One:**

**Conspiracy to Commit Bribery Concerning Programs Receiving Federal Funds**
**18 U.S.C. §§ 371 and 666(a)**

Five years imprisonment, a $250,000 fine, or both

**As to Count Three:**

**Bribery Concerning Programs Receiving Federal Funds**
**18 U.S.C. § 666(a)**

Ten years imprisonment, a $250,000 fine, or both

1

**As to Count Five:**

**Bribery Concerning Programs Receiving Federal Funds
18 U.S.C. § 666(a)**

Ten years imprisonment, a $250,000 fine, or both

**As to Count Seven:**

**Bribery Concerning Programs Receiving Federal Funds
18 U.S.C. § 666(a)**

Ten years imprisonment, a $250,000 fine, or both

**As to Count Nine:**

**Bribery Concerning Programs Receiving Federal Funds
18 U.S.C. § 666(a)**

Ten years imprisonment, a $250,000 fine, or both

**As to Count Eleven:**

**Bribery Concerning Programs Receiving Federal Funds
18 U.S.C. § 666(a)**

Ten years imprisonment, a $250,000 fine, or both

**As to Count Thirteen:**

**Bribery Concerning Programs Receiving Federal Funds
18 U.S.C. § 666(a)**

Ten years imprisonment, a $250,000 fine, or both

**As to Count Fifteen:**

**Bribery Concerning Programs Receiving Federal Funds**
**18 U.S.C. § 666(a)**

Ten years imprisonment, a $250,000 fine, or both

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
SHADY AWAD
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for Defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
MAYER MORGANROTH (P17966)
Counsel for Defendant

Dated: December 19, 2019

3