UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NO. 2:19-cr-20836

    vs.        HON. MARK A. GOLDSMITH

D-2 SHADY AWAD,

        Defendants.

---

## NOTICE OF CHANGE OF ADDRESS

Please take notice that as of October 20, 2021, the Oakland County Office of Butzel Long (Attorneys for Defendant Shady Awad) has relocated to

201 W. Big Beaver Road, Suite 1200
Troy, Michigan 48084

The email address, telephone and facsimile numbers will remain the same.

Respectfully submitted,

BUTZEL LONG

By: *George B. Donnini*
    George B. Donnini (P66793)
    201 W. Big Beaver
    Suite 1200
    Troy, MI 48084
    donnini@butzel.com
    (248) 258-1616
    Attorneys for Defendant Shady Awad

2211751.v1

## Certificate of Service

I hereby certify that on November 22, 2021, I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ *George B. Donnini*
George B. Donnini

2211751.v1